UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**IN RE:**                                                    **CASE NO.: 25-04731**
                                                                         **CHAPTER 13**

**Lawrence W Schumal,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

 **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

       Robertson, Anschutz, Schneid, Crane &
       Partners, PLLC
       Attorney for Secured Creditor
       13010 Morris Road, Suite 450
       Alpharetta, GA 30004
       Telephone: 470-321-7112
       Facsimile: 404-393-1425

       By: /s/Shellie Labell
        Shellie Labell
        Email: slabell@raslg.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on April 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LAWRENCE W SCHUMAL
1100 ELDER ROAD
HOMEWOOD, IL 60430

And via electronic mail to:

LAW OFFICE OF ARTHUR C. CZAJA
7521 N. MILWAUKEE AVENUE
NILES, IL 60714

ADAM G. BRIEF
OFFICE OF THE U. S. TRUSTEE, REGION 11
219 SOUTH DEARBORN
ROOM 873
CHICAGO, IL 60604

MARILYN O MARSHALL
224 SOUTH MICHIGAN STE 800
CHICAGO, IL 60604


By: /s/ Journie Morosky